# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

ROMON CALHOUN,

v.

CASE NO: 2:08-CV-1205 GEB GGH

NCO FINANCIAL SYSTEMS, INC.

**XX** – Clerk's entry of Judgment.  Pursuant to Rule 68 of the Federal Rules of Civil Procedure, the parties to this action have notified the court of Notice of Acceptance with Offer of Judgment filed with the court on July 14, 2008.

**JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE NOTICE OF ACCEPTANCE WITH OFFER OF JUDGMENT DATED JULY 14, 2008**

Victoria C. Minor
Clerk of Court

ENTERED: **July 21, 2008**

by:  /s/ D. Waggoner
Deputy Clerk